UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
TRINA THOMAS, TYRONE JOHNSON,

                Case No.: 1:20-cv-06145-ARR-PK

        Plaintiff,

-against-

                **COMPLAINT**

SMITH CARROAD LEVY & FINKEL, LLP,
1012 NAMEOKE REALTY LLC,
        Defendants.
--------------------------------------------------------------------x

    Plaintiffs TRINA THOMAS and TYRONE JOHNSON, by and through The Hurwitz Law Firm, P.C., respectfully alleges upon information and belief the following as and for a Complaint against the Defendants SMITH CARROAD LEVY & FINKEL, LLP and 1012 NAMEOKE REALTY LLC:

### Parties

    1.    Plaintiff TRINA THOMAS and TYRONE JOHNSON ("Plaintiffs") are individual consumers residing in the City and State of New York.

    2.    Defendant SMITH CARROAD LEVY & FINKEL, LLP ("SMITH") is an INACTIVE domestic limited liability partnership established pursuant to the laws of the State of New York in 1994, with authorized to do business in the State of New York revoked in 2015.

    3.    SMITH is a collection agency as defined by the Fair Debt Collection Practices Act, 15 USC § 1692.

    4.    Defendant 1012 NAMEOKE REALTY LLC is a domestic limited liability company established and existing pursuant to the laws of the State of New York in 1997.

**Facts**

5. Plaintiffs TRINA THOMAS and TYRONE JOHNSON were the obligors on a residential lease signed with Defendant 1012 NAMEOKE REALTY LLC.

6. The lease was terminated when TYRONE JOHNSON surrendered the keys to the leased premise to the superintendent thereof, in his capacity as agent of Defendant 1012 NAMEOKE REALTY LLC.

7. Defendant 1012 NAMEOKE REALTY LLC continued to charge Plaintiff's for the apartment without their knowledge or consent.

8. Thereafter, Defendant 1012 NAMEOKE REALTY LLC, through counsel Defendant SMITH CARROAD LEVY & FINKEL, LLP, commenced state court litigation to collect upon unsigned lease renewals and other alleged arrears, and obtained entry of default summary judgment against them.

9. Defendant SMITH represented it would investigate the dispute raised by Plaintiffs by uncovering who was paying rent for the subject premises after Plaintiffs surrendered possession.  However, no such reasonable inquiry was made.

10. The state court action was prosecuted in violation of court rules, which required joinder of issue of the amended pleadings served therein, and included entry of a money judgment against TRINA THOMAS after she received a discharged in bankruptcy.

11. Defendants conduct has a broad impact on New York consumers at large because it deprives them of their right to due process.  Such conduct usurps the law and undermines faith in the justice system.

12. The above occurrences have caused Plaintiff undue stress and mental anguish, loss of time, loss of sleep, exacerbation of pre-existing conditions, continuing damages, and caused Plaintiff to incur attorneys' fees, among other damages.

### Deceptive Acts and Practices in Violation of NY GBL § 349

13. Plaintiff repeats and re-alleges all preceding paragraphs as though fully set forth at length herein.

14. As such, Defendants are liable to Plaintiff for deceptive acts and practices in violation of New York General Business Law § 349.

15. Plaintiffs have been damaged thereby in an amount believed to be in an amount to be determined at trial.

16. As a result of the above, Plaintiff is entitled to judgment joint and severally against Defendants for actual and statutory damages in an amount to be proven at trial, plus interest, attorneys' fees, costs and disbursements, together with such additional relief as just and proper.

### Violation of Fair Debt Collection Practices Act 15 U.S.C. 1692

17. Plaintiff repeats and re-alleges all preceding paragraphs as though fully set forth at length herein.

18. The Fair Debt Collection Practices Act, 15 USC 1692e, provides:

A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:…

(2) The false representation of --

>(A) the character, amount, or legal status of any debt; or…
>
>(5) The threat to take any action that cannot legally be taken or that is not intended to be taken.
>
>(8) Communicating or threatening to communicate to any person credit information which is known or which should be known to be false…
>
>(9) The use or distribution of any written communication which simulates or is falsely represented to be a document authorized, issued, or approved by any court, official, or agency of the United States or any State, or which creates a false impression as to its source, authorization, or approval…
>
>(10) The use of any false representation or deceptive means to collect or attempt to collect any debt…
>
>(13) The false representation or implication that documents are legal process…

19.     As such, Defendant SMITH is liable to Plaintiffs for deceptive acts and practices in violation of the Fair Debt Collection Practices Act.

20.     Plaintiff has been damaged thereby in an amount believed to be determined at trial.

21.     As a result of the above, Plaintiffs are entitled to judgment joint and severally against Defendant SMITH for actual and statutory damages in an amount to be proven at trial, plus interest, attorneys' fees, costs and disbursements, together with such additional relief as just and proper.

WHEREFORE, Plaintiffs TRINA THOMAS and TYRONE JOHNSON demand judgment joint and severally against Defendants SMITH CARROAD LEVY & FINKEL, LLP and 1012 NAMEOKE REALTY LLC for actual and punitive damages, plus interest, attorneys' fees, costs and disbursements, together with such additional relief as just and proper.

Dated:  New York, NY
       January 29, 2021

                            THE HURWITZ LAW FIRM, P.C.

BY: _____
       MICHAEL L. HURWITZ
       342 WEST 47TH STREET
       1 FL
       NEW YORK, N.Y. 10036
       TEL: (212) 221-9890
       FAX: (212) 390-1630
       EMAIL: info@TheHurwitzLawFirm.com

       ATTORNEYS FOR PLAINTIFFS
       TRINA THOMAS and
       TYRONE JOHNSON